UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WINE, LIQUOR & DISTILLERY WORKERS'
UNION, UFCW LOCAL 1-D PENSION FUND,

        Plaintiff,       24-CV-04945 (LGS)(SN)

   -against-           **ORDER**

SHERRY-LEHMANN, INC.,

        Defendant.
-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On October 11, 2024, the Court issued a scheduling order for a damages inquest. ECF No. 23. Plaintiff was ordered to file Proposed Findings of Fact and Conclusions of Law within 30 days. Id. On November 12, 2024, Plaintiff filed Proposed Findings of Fact and Conclusions, as well as a Certificate of Service. ECF Nos. 24, 25. Defendant was due to respond to each Finding of Fact and Conclusion of Law asserted by Plaintiff within 30 days of service. ECF No. 23. That deadline was December 12, 2024. Defendant has not filed anything or entered an appearance. Accordingly, the matter is deemed fully briefed and unopposed.

SO ORDERED.

                  _/s/ Sarah Netburn_
                  SARAH NETBURN
                  United States Magistrate Judge

DATED: December 13, 2024
      New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2024