UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WINE, LIQUOR & DISTILLER WORKERS'
UNION, UFCW LOCAL 1-D PENSION FUND,

            Plaintiff,                       24 **CIVIL** 4945 (LGS)(SN)

      -against-                       **JUDGMENT**

SHERRY-LEHMANN, INC,

            Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 05, 2025, the Court adopts the Report & Recommendation as modified. Plaintiff is awarded $1,475,184.38, consisting of (1) $954,677.00 in unpaid withdrawal liability; (2) interest on the unpaid withdrawal liability at a rate of $470.80 per day from June 2, 2024, to the date hereof, totaling $245,286.80; (3) liquidated damages in the amount of $245,286.80; (4) $28,410.00 in attorney's fees and (5) $1,523.78 in costs. It is further ORDERED that Defendant shall pay post-judgment interest calculated from the date the Clerk of Court enters judgment in this action until judgement is satisfied, using the federal rate set forth in 28 U.S.C. § 1961.

**Dated:**  New York, New York
         November 5, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                          **BY:** _____
                                                       **Deputy Clerk**